UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MELVIN SHELTON,

    Plaintiff,

v.

BISHOP HENRY WHIPPLE BUILDING,

    Defendant.

Case No.
(Milwaukee County
Case No. 25-CV-8737)

# NOTICE OF REMOVAL

Defendant, by its attorneys, Brad D. Schimel, United States Attorney for the Eastern District of Wisconsin, and Niabi K. Schmaltz, Assistant United States Attorney for said district, respectfully represent:

1. There is now pending before the Milwaukee County Circuit Court, a matter captioned as *Melvin Shelton v. Bishop Henry Whipple Building*, Case Number 25-CV-8737 (the "State Court Action"). A true and correct copy of the summons and complaint is attached and marked as **Exhibit A**.

2. The complaint names the Bishop Henry Whipple Building Debt Management Center (more properly designated as the United States Department of Veterans Affairs, hereinafter "VA") as defendant. Plaintiff appears to claim that the VA Debt Management Center wrongfully asserted that Mr. Shelton owes a debt to the VA, in alleged violation of the Fair Debt Collection Practices Act, the United States Constitution, and other law.

3. Title 28 U.S.C. § 1442(a)(1) provides in relevant part that:

> A civil action . . . that is commenced in a State Court and that is directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending:
>
> (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office. . . .

28 U.S.C. § 1442(a)(1). Removal of this action is authorized by 28 U.S.C. § 1442(a)(1), because the defendant in this action is an agency of the United States—namely, the VA debt management center.

4. Consistent with 28 U.S.C. § 1446(b), this notice of removal is being filed within thirty days after receipt by the defendant of the initial pleading setting forth the claims upon which the action is based.

5. A copy of this Notice of Removal is being filed concurrently with the Clerk of the Circuit Court of Milwaukee County, Wisconsin and is being served on plaintiff. *See* 28 U.S.C. §§ 1446(a), (d), and (g). The Circuit Court of Milwaukee County, Wisconsin is located within the jurisdiction of this Court. A copy of the Notice of Filing of Notice of Removal that was filed in the State Court Action is attached hereto as **Exhibit B**.

WHEREFORE, the action now pending in the Milwaukee County Circuit Court should be hereby removed to the United States District Court for the Eastern District of Wisconsin.

Dated at Milwaukee, Wisconsin, this 22nd day of December 2025.

              Respectfully submitted,

              BRAD D. SCHIMEL
              United States Attorney

         By: *s/ Niabi K. Schmaltz*

Niabi K. Schmaltz  
Assistant United States Attorney  
Eastern District of Wisconsin  
Attorney for the Defendant  
Wisconsin Bar No. 1104724  
517 East Wisconsin Avenue, Room 530  
Milwaukee, Wisconsin 53202  
Telephone: (414) 297-4516  
Fax: (414) 297-1738  
E-Mail: nia.schmaltz@usdoj.gov